LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

August 22, 2020

By ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Jasper
       Case No. 18 Cr. 390 (PAE)

Dear Judge Engelmayer:

As Your Honor is aware, I represented Tia Jasper on the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Ms. Jasper was sentenced by the Court on October 28, 2020.

I write to request that I be re-appointed *nunc pro tunc* to March 26, 2020, so that I may submit a CJA voucher for the work performed in connection with Ms. Jasper's submissions to both the Bureau of Prisons and the Court for compassionate release. *See*, *e.g.*, ECF #s 437 and 438.

I thank the Court for its attention to this matter.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc: All Parties (via ECF)

Granted. The Clerk of Court is respectfully directed to terminate the motion pending at docket 500. SO ORDERED.

_____  8/24/2020
PAUL A. ENGELMAYER
United States District Judge